NUMBER 13-10-00311-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SOUTHWEST GRAIN COMPANY, INC., Appellant,


v.



GRAIN CONTINENTAL, S.A. DE C.V., Appellee.

_____________________________________________________________


On Appeal from the 370th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 This case is before the Court on a joint motion to set aside a portion of the trial
court's judgment and to remand due to settlement between appellant, Southwest Grain
Company, Inc. and appellee, Grain Continental S.A. de C.V. The parties have reached an
agreement with regard to the disposition of the matters currently on appeal. Pursuant to
the agreement, the parties request this Court to set aside the portion of the trial court's
judgment awarding relief to Grain Continental without regards to the merits, and remand
this case to the trial court for rendition of judgment in accordance with the agreement of
the parties.

 The joint motion to set aside the portion of the trial court's judgment awarding relief
to Grain Continental and remand is GRANTED. Accordingly, we set aside the portion of
the trial court's judgment awarding relief to Grain Continental without regard to the merits,
and REMAND this case to the trial court for rendition of judgment in accordance with the
parties' agreement. See Tex. R. App. P. 42.1(a)(2)(B). Costs will be taxed against
appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant."). Other pending motions, if any, are DISMISSED AS MOOT.


 PER CURIAM

Delivered and filed the

29th day of July, 2010.